# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

_____

| | |
|---|---|
| **In Re:** | |
| **Hoku Corporation,** | **Bankruptcy Case No. 13-40838-JDP** |
| **Debtor.** | |

_____

| | |
|---|---|
| **R. Sam Hopkins**<br>**Chapter 7 Trustee,** | |
| **Plaintiff,** | |
| vs. | **Adv. Proceeding No. 15-08168-JDP** |
| **Lexington Group International, Inc., a Texas corporation; and John Does 1-10,** | |
| **Defendants.** | |

_____

## MEMORANDUM OF DECISION
_____

For the reasons set forth in the Memorandum of Decision entered in

*Hopkins v. M&A Adventures, Ltd.*, Adv. No. 15-08043-JDP, Dkt. No. 19,

MEMORANDUM OF DECISION – 1

Plaintiff's motion for default judgment will be granted. Plaintiff's counsel shall submit appropriate findings of fact, conclusions of law, and an appropriate form of judgment for entry by this Court.

Dated: December 10, 2015

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

MEMORANDUM OF DECISION – 2